1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11
12   DENNIS CLAY,                    )   Case No. CV 06-3638 JHN(JC)
                         Petitioner,  )   JUDGMENT
13                                   )
14              v.                   )
                                     )
15   D.K. SISTO,                     )
16                                   )
                         Respondent.  )
17                                   )
18   _____
19        Pursuant to this Court's Order Adopting Findings, Conclusions and
20   Recommendations of United States Magistrate Judge,
21        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and
22   this action is dismissed with prejudice.
23
24        DATED: December 2, 2010
25
26                                   _____
27                                   HONORABLE JACQUELINE H. NGUYEN
                                     UNITED STATES DISTRICT JUDGE
28